24249

Ex parte Charles Eugene CARPENTER, Appellant. In re T. Travis MED-
LOCK, Attorney General for the State of South Carolina, Respondent v.
3.75 ACRES OF REAL PROPERTY LOCATED IN MARLBORO
COUNTY, South Carolina, and all buildings, appurtenances, and im-
provements thereon, deeded to David and Vaunice Reep on January 22,
1982, and on June 1, 1982, and to another party in approximately 1986,
but no deed was recorded, Defendants.

(458 S.E. (2d) 533)

Supreme Court

*Melvin L. Roberts,* York, *for appellant.*

*T. Travis Medlock,* Atty. Gen., *Charles W. Gambrell, Jr.,*
Chief Deputy Atty. Gen., and *Anne Hunter Young,* Asst. Atty.
Gen., Columbia, *for respondent.*

Heard Mar. 21, 1995.

Decided May 30, 1995; Reh. Den. June 30, 1995.

*Per Curiam:*

*Scott v. Illinois,* 440 U.S. 367, 99 S.Ct. 1158, 59 L.Ed. (2d)
383 (1979) (no sixth amendment right to counsel where no de-
privation of physical liberty); *First Savings Bank v. McLean,*
— S.C. —, 444 S.E. (2d) 513 (1994) (continuance within trial
judge's discretion); *Talley v. S.C. Higher Educ. Tuition
Grants Committee,* 289 S.C. 483, 347 S.E. (2d) 99 (1986) (issue
not raised below is not preserved for appeal).